IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| BILLY D. FRAZIER, on behalf of himself and all others similarly situated, | * * * * * * * * * * | NO. 4:17-cv-00160-JEG-HCA |
| Plaintiff, | | |
| v. | | |
| PJ IOWA, L.C. | | PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND STATES |
| Defendant. | | |

COMES NOW the plaintiff and moves for leave to file a First Amended Complaint and states:

1. Plaintiff seeks leave to file the attached First Amended Complaint. Plaintiff's First Amended Complaint adds Angela Kearns as a named plaintiff.

2. No scheduling and discovery plan has been filed in this matter. Thus there are no other existing court-imposed deadlines and no final pretrial conference or trial has been scheduled.

3. The undersigned has conferred in good faith with defense counsel about this motion. Defendant objects to this motion because Plaintiff's First Amended Complaint includes Billy Frazier as a named plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Motion For Extension Of Time.

/s/ *Harley C. Erbe*
Harley C. Erbe, PK002430
ERBE LAW FIRM
2501 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 281-1460
Facsimile: (515) 281-1474
E-Mail: erbelawfirm@aol.com

Steven P. Wandro, AT0008177
WANDRO & ASSOCIATES
2501 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 281-1475
Facsimile: (515) 281-1474
E-Mail: swandro@2501grand.com

ATTORNEYS FOR PLAINTIFF

Copy to:

Jill R. Jensen-Welch, Esq.
Bryan P. O'Neill, Esq.
DICKINSON, MACKAMAN, TYLER
 & HAGEN, P.C.
699 Walnut St., Ste. 1600
Des Moines, IA 50309

Patrick F. Hulla, Esq.
Jennifer K. Oldvader, Esq.
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
4520 Main St., Ste. 400
Kansas City, MO 64111

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2017 I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the above counsel of record.

/s/ *Harley C. Erbe*
Harley C. Erbe