IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL

| | |
|---|---|
| BILLY D. FRAZIER, et al., on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>PJ IOWA, L.C.,<br><br>Defendant. | 4:17-cv-00160-JEG-HCA<br><br><br><br><br>ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS. |

The parties have notified the Court that as of September 1, 2020 the parties have agreed to settle the case. Accordingly, all deadlines and hearings are canceled. Closing documents shall be filed by November 2, 2020. If no closing documents are filed, pursuant to LR 41.c the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

Dated September 1, 2020.

Helen C. Adams
Chief U.S. Magistrate Judge